UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>                        Plaintiff,       )<br>                                                         )<br>vs.                                                     )<br>                                                         )<br>ROXANE COURTNEY,                    )<br>                                                         )<br>                        Defendant,    )<br>_____) | 1:04-MJ-2223 LJO<br><br>ORDER ON MENTAL CAPACITY EXAMINATION |

      On Friday, May 20, 2005, the Government's Motion to Determine Mental Capacity (18 USC 4241) came on calendar for hearing. Present for oral argument were Assistant United States Attorney Jonathan Conklin and Assistant United States Federal Defender, Carrie Leonetti. Of concern was that trial was rapidly approaching, with a two day court trial set for May 26, 2005.

      At the hearing, the Court was informed that the defendant, Roxanne Courtney, had checked herself into a local psychiatric unit on the afternoon of May 19, 2005. Defense Counsel asked that her client's appearance be waived, both for the hearing and at trial (the defendant was seeking to be tried in abstentia). Defense Counsel also raised an issue of whether or not the Speedy Trial Act had been violated. Although not made in a formal/noticed motion, the Court construed the motion to be one to dismiss based on the violation of the Speedy Trial Act. The Court held that the defendant needed to be at the hearing in that it was possible that she would be unable to knowingly and voluntarily waive her presence. It was ultimately decided and agreed upon by counsel and by the Court to continue the hearing until Monday, May 23, 2005. At that time, it was ordered that the hearing would be on the record at the

psychiatric unit.

On Monday, May 23, 2005 at 8:00 a.m., the hearing took place. Counsel was present, as was the defendant.

The Speedy Trial issue was taken up first, and was ultimately distilled to what happened on the record on March 2, 2005. If there had been a speedy trial waiver at that time, sufficient time would have been waived so that no violation would occur. The Court, Counsel, and the defendant listened to the recording of the March 2, 2005 court proceeding. The Court then ruled, finding that the waiver occurred, and the Court accepted the defense counsel's need for more preparation time. There was no Speedy Trial Act violation. The Court granted the Government's motion to exclude time from the date of May 19, 2005 (the date the motion was brought) until the motion was ruled upon (18 USC 3161 (h)(1)(A)).

The Court then took up the Government's motion to request a competency evaluation. Defense Counsel requested that the Court not suspend proceedings, and specifically requested that the Court find that the language found in 18 USC 4241 (d)(2)(b) to mean that there was no reason or need to suspend the proceedings. The Court suspended the proceedings. The Court further found that for the reasons stated on the record at the time of the hearing, the Government had met its burden under 18 USC 4241.

The Court hereby appoints Avak Albert Howsepian, M.D. to perform a psychiatric evaluation of the defendant, and that the psychiatrist provide the Court a written report on the Defendant's mental competency, to be followed by a Court hearing on that issue. Said psychiatrist indicates that the appointment will be conducted at the Federal Defender's Office located at 2300 Tulare Street, Suite 330, Fresno California on June 10, 2005 at 10:00am. Defendant is ordered to be present. Dr. Howsepian indicates that the psychiatric report will be provided to the court on or before June 20, 2005.

1 | The Court also set a status hearing for Friday June 24, 2005 at 10:00 a.m.  It is
2 | request that the defense counsel and Pretrial Service Officer Dan Stark notify the
3 | defendant of this hearing.
4 | IT IS SO ORDERED.
5 | **Dated:   May 31, 2005**                    **/s/ Lawrence J. O'Neill**
    b9ed48                                          UNITED STATES MAGISTRATE JUDGE