1  QUIN DENVIR, Bar #49374
Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  ROXANNE COURTNEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    NO. 1:04-Mj-02223 LJO
                                     )
12              Plaintiff,           )    STIPULATION CONTINUING STATUS
                                     )    CONFERENCE HEARING
13        v.                         )    AND  ORDER THEREON
                                     )
14  ROXANNE COURTNEY,                )    Date:   July 8, 2005
                                     )    Time:   9:00 AM.
15              Defendant.           )    Judge:  Hon. Lawrence J. O' Neill
                                     )
16  _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference hearing now set for June 24, 2005, may be continued to Friday,

20  July 8, 2005, at 9:00 A.M.

21        This stipulation is presented to the court at the request of counsel for defendant to allow

22  continuity of counsel because counsel for defendant is scheduled to be out of her office on June 24,

23  2005, the date now set for hearing.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),

4  and 3161(h)(8)(B)(iv).

5                                                           McGREGOR W. SCOTT
                                                            United States Attorney
6

7                                                           Placement of electronic signature authorized by
8  DATED: June 20, 2005                    By   Jonathan B. Conklin
                                                            JONATHAN B. CONKLIN
9                                                           Assistant U.S. Attorney
                                                            Attorney for Plaintiff
10

11                                                          QUIN DENVIR
                                                            Federal Defender
12

13

14  DATED: June 20, 2005                    By  /s/ Carrie S. Leonetti
                                                            CARRIE S. LEONETTI
15                                                          Assistant Federal Defender
                                                            Attorneys for Defendant Roxanne Courtney
16

17

18  THE COURT MAKES THE FINDING THAT THE REASONS STATED IN THE STIPULATION

19  CONSTITUTE GOOD CAUSE BOTH FOR THE CONTINUANCE AND FOR THE EXCLUSION

20  OF TIME FROM THE SPEEDY TRIAL ACT.

21  IT IS SO ORDERED.

22  **Dated:    June 20, 2005**                    **/s/ Lawrence J. O'Neill**
     b9ed48                                         UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                   2