QUIN DENVIR, Bar #49374
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ROXANE COURTNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROXANE COURTNEY, <br><br> Defendant. | NO. 1:04-mj-2223 LJO <br><br> STIPULATION TO CONTINUE COMPETENCY HEARING; AND ORDER THEREON <br><br> Date: September 9, 2005 <br> Time: 10:00 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorney of record, that the competency hearing, in the above captioned matter, scheduled for August 26, 2005 at 10:00 a.m., may be continued to **September 9, 2005 at 9:00 a.m.**

The reason for the continuance is that there is a competency motion pending before the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

///
///
///
///
///
///

1  and for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(1)(A)(F)(J).

2  DATED; August 25, 2005                McGREGOR W. SCOTT
                                         United States Attorney

5                                        By /s/ Jonathan B. Conklin
                                         JONATHAN B. CONKLIN
6                                        Assistant U.S. Attorney
                                         Attorney for Plaintiff

8  DATED: August 25, 2005                QUIN DENVIR
                                         Federal Defender

11                                       By /s/ Carrie S. Leonetti
                                         CARRIE S. LEONETTI
12                                       Assistant Federal Defender
                                         Attorneys for Defendant Roxanne Courtney

IT IS SO ORDERED.

**Dated:   August 25, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE